# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2025

## NO. 03-25-00002-CV

**Kimberly Taylor, Appellant**

**v.**

**Aaron Silva, Appellee**

**APPEAL FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES TRIANA, THEOFANIS, AND ELLIS**
**REVERSED AND REMANDED -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the interlocutory order signed by the trial court on December 19, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court reverses the trial court's interlocutory order and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.